**Order entered June 30, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01307-CR
### No. 05-15-01308-CR

**JODY ALEXANDER KIRBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-75420-T, F14-75421-T**

## ORDER

The Court **GRANTS** appellant's motion for extension of time to file his reply brief.

We **DIRECT** the Clerk of the Court to file the reply brief tendered as of the date of this order.

/s/     ADA BROWN
JUSTICE